# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| CHEM-DRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:25-cv-00338 |
| | ) | Judge Trauger |
| A&S CONCEPTS, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 1, 2025, the Magistrate Judge issued a Report and Recommendation (Doc. No. 30), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Default Judgment (Doc. No. 27) is GRANTED IN PART. The court hereby issues the following permanent injunction enjoining the defendants and their agents, employees, representatives, partners, joint ventures, and anyone acting on their behalf or in concert with them from the following:

- Advertising, marketing, or selling any goods or services under the CHEM-DRY Marks and the REMOVES ALLERGENS IMPROVES AIR QUALITY Design Mark or any other mark that is likely to cause confusion with the CHEM-DRY Marks and the REMOVES ALLERGENS IMPROVES AIR QUALITY Design Mark;

- Using in commerce or facilitating the use in commerce of the CHEM-DRY Marks and the REMOVES ALLERGENS IMPROVES AIR QUALITY Design Mark, or any other phrase, term, mark, trade name, logo, or design that falsely represents that, or is likely to confuse, mislead, or deceive the public into believing that goods or services advertised, marketed, sold, or offered for sale by Defendants originate from Chem-Dry, or that such goods or services have been sponsored, approved, or licensed by or associated with Chem-Dry, or are in some way connected to or affiliated with Chem-Dry;

- Doing or allowing any act or thing which is likely to injure Chem-Dry's business reputation or goodwill;

- Engaging in any acts of federal, state, or common law trademark infringement, false designation of origin, or unfair competition that would damage or injure Chem-Dry;

- From directly or indirectly disclosing, using, or otherwise employing for any reason Chem-Dry's confidential and proprietary business information, including but not limited to, the Customer List;

- From otherwise engaging in unfair competition with Chem-Dry; and

- Participating or assisting in the above activities.

The request for monetary damages and for attorney's fees are DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE